## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 13-0360-DOC (MLGx)                    Date:  April 5, 2013

Title: KEITH WINTERBOWER AND DEBRA WINTERBOWER V. WELLS FARGO BANK,
        N.A. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

Julie Barrera                                     N/A
Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                  None Present

**PROCEEDINGS: (IN CHAMBERS):   ORDER REQUIRING ADDITIONAL
                                BRIEFING AND TAKING MATTER
                                UNDER SUBMISSION**

Before the Court is Defendant Wells Fargo Bank's Motion to Dismiss (Dkt. 5).

The Court hereby ORDERS Plaintiffs to file a brief that responds to Defendant's HOLA preemption argument. Such briefing shall be no more than five pages, and is due Wednesday, April 10, at 5 p.m.

Upon receipt of that briefing, this matter will be under submission, as the Court finds oral argument unnecessary. *See* Fed R. Civ. P. 78; Local Rule 7-15.

Accordingly, the hearing scheduled for April 15, 2013, is hereby vacated. Parties will be served with the Court's ruling.

The Clerk shall serve a copy of this minute order on counsel for all parties.

MINUTES FORM 11
CIVIL-GEN                                          Initials of Deputy Clerk: jcb